# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>ROLAND G. JORDAN,<br>[DOB: 05/06/1975],<br><br>  Defendant. | Case No. _____<br><br>**COUNT ONE**:<br>*Possession with Intent to Distribute 5 grams or more of Methamphetamine*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br>NLT: 5 Years Imprisonment<br>NMT: 40 Years Imprisonment<br>NMT: $5,000,000 Fine<br>NLT: 4 Years Supervised Release<br>Class B Felony<br><br>**COUNT TWO:**<br>*Possession of a Firearm in Furtherance of Drug Trafficking*<br>18 U.S.C. § 924(c)(1)(A)<br>NLT: 5 Years Imprisonment (consecutive)<br>NMT: Life Imprisonment (consecutive)<br>NMT: $250,000 Fine<br>NMT: 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT THREE:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment per count of felony conviction |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about December 27, 2019, in the Western District of Missouri, the defendant, Roland G. Jordan, did knowingly and intentionally possess with intent to distribute five (5) grams or more

of methamphetamine (actual), a schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO

On or about December 27, 2019, in the Western District of Missouri, defendant, Roland G. Jordan, did knowingly possess a firearm, to wit: a Taurus PT .380 Caliber handgun, bearing Serial Number 05482D, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, knowingly and intentionally possess with intent to distribute five (5) grams or more of methamphetamine (actual), a schedule II controlled substance. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about December 27, 2019, in the Western District of Missouri, the defendant, Roland G. Jordan, knowing he had been previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus PT .380 Caliber handgun, bearing Serial Number 05482D, and the firearm was in and affecting commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*/s/ Pamela Carter-Smith*
FOREPERSON OF THE GRAND JURY

Dated:   11/4/2020
         Kansas City, Missouri

*/s/ Caleb J. Aponte*
Caleb J. Aponte
Special Assistant United States Attorney
Western District of Missouri