IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ROLAND G. JORDAN,<br><br>                  Defendant. | Case No. 20-00318-01-CR-W-BP |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Jessica L. Ward, Special Assistant United States Attorney, and enters her appearance as attorney of record for the United States of America in the above-referenced case.

Effective this date, the following attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

<u>Caleb Aponte.</u>

                                              Respectfully submitted,

                                              TIMOTHY A. GARRISON
                                              United States Attorney

                        By     */s/ Jessica L. Ward*

                                              Jessica L. Ward
                                              Special Assistant United States Attorney

                                              Charles Evans Whittaker Courthouse
                                              400 East Ninth Street, Suite 5510
                                              Kansas City, Missouri    64106
                                              Telephone:   (816) 426-3122

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on February 2, 2021 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                */s/ Jessica L. Ward*
                                                Jessica L. Ward
                                                Special Assistant United States Attorney